## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>　　　　Plaintiff,　　　　　　　) <br>　　vs.　　　　　　　　　　　　)<br>ERNEST J. BANKS,　　　　　　)<br>　　　　Defendant.　　　　　　) | 8:04CR383<br><br>ORDER |

Defendant Ernest J. Banks appeared before the court on Thursday, January 22, 2009 on a Petition for Warrant or Summons for Offender Under Supervision [46]. The defendant was represented by Assistant Federal Public Defender Jessica P. Douglas and the United States was represented by Assistant U.S. Attorney Russell X. Mayer. The government did not seek detention and the defendant was not entitled to a preliminary examination. The defendant was released on current conditions of supervision.

I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Judge Smith Camp.

**IT IS ORDERED**:

1. A final dispositional hearing will be held before Judge Smith Camp in Courtroom No.2, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on **March 2, 2009 at 1:30 p.m.** Defendant must be present in person.

2. The defendant is released on current conditions of supervision.

DATED this 23rd day of January, 2009.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge