IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                               )<br>                                                               )<br>                          Plaintiff,          )<br>              v.                                          )<br>                                                               )<br>ERNEST J. BANKS,                          )<br>                                                               )<br>                          Defendant.    ) | Case No: 8:04CR383<br><br>**ORDER** |

  The court has been presented a Financial Affidavit (CJA Form 23) signed by the above-named defendant in support of a request for appointed counsel.  After a review of the Financial Affidavit, I find that the above-named defendant is eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and Amended Criminal Justice Act Plan for the District of Nebraska.

  **IT IS ORDERED** that Jessica P. Douglas is appointed as attorney of record for the above-named defendant in this matter and shall forthwith file an appearance in this matter.

  **IT IS FURTHER ORDERED** that the Federal Public Defender's Office shall forthwith provide counsel with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

  **IT IS FURTHER ORDERED** that counsel's appointment herein is made pursuant to 18 U.S.C. § 3006A(f).  At the time of the entry of judgment herein, defendant shall file a current and complete financial statement to aid the court in determining whether any portion of counsel's fees and expenses should be reimbursed by defendant.

  **IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this order to the Federal Public Defender for the District of Nebraska and Jessica P. Douglas.

  DATED this 7th day of April, 2011.

                                            BY THE COURT:

                                            s/ F.A. Gossett<br>
                                            United States Magistrate Judge